| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Patrick K. Bruso - Bar #272109<br>ALVARADO & ASSOCIATES, LLP<br>1 Mac Arthur Place, Suite 210<br>Santa Ana, CA 92707<br>(714) 327-4400/Fax No. (714) 327-4499<br>219-57311-2<br><br>☒ Attorney for **Movant(s)**<br>☐ Movant(s) appearing without attorney | **FILED & ENTERED**<br><br>**JAN 10 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY queen    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>RENEE SHARON KING<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:11-bk-11627-VZ<br>CHAPTER: 13 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |
| | DATE:  January 8, 2013<br>TIME:  9:30 am<br>COURTROOM:  Courtroom 1368<br>PLACE: 255 East Temple Street<br>             Los Angeles, CA |

**MOVANT    U.S. BANK, N.A. AS TRUSTEE ON BEHALF OF CONSECO FINANCE HOME LOAN TRUST 1999-G**

1. The Motion was:     ☐ Opposed          ☒ Unopposed          ☐ Settled by stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address:*      **4235 W 59TH ST**
    *Unit Number:*
    *City, State, Zip Code:*   **LOS ANGELES, CA  90043**

    Legal description or document recording number (including county of recording):

    ☒ See attached page.

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ___ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant must not conduct a foreclosure sale before the following date (specify): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☒ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                                Page 2                                **F 4001-1.ORDER.RP**

10. This court further orders as follows:

   a. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.
   b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10-ER*).
   c. ☐ See attached continuation page for additional provisions.

###

Date: January 10, 2013

*[signature]*
Vincent P. Zurzolo
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                                   Page 3                                   **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date stated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Order(s) and LBRs, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 01/09/2013 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) stated below:

- Nancy K Curry (TR) ecfnc@trustee13.com (Chapter 13 Trustee)
- Arnold L Graff ecfcacb@piteduncan.com (NEF)
- Martin W. Phillips marty.phillips@att.net (NEF)
- Andrew Edward Smyth office@smythandsmyth.com (Debtor's Counsel)
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov (U.S. Trustee)

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

RENEE SHARON KING
4235 W 59TH ST
LOS ANGELES,  CA  90043
(DEBTOR)

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) stated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                                                  Page 4                                                  **F 4001-1.ORDER.RP**